# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| BRYAN HALL, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:21-cv-525-LCB-GMB |
| MS. CHERON Y. NASH, | ) |
| Defendant. | ) |

## MEMORANDUM OPINION

The Magistrate Judge entered a report (Doc. 16) on September 1, 2022, recommending that the petition for a writ of habeas corpus (Doc. 1) be dismissed as moot. The petitioner has not filed any objections.

After careful consideration of the record in this case and the Magistrate Judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court finds that the petition for a writ of habeas corpus is due to be dismissed as moot.

The court will enter a final judgment.

**DONE** and **ORDERED** September 21, 2022.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE